IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED JUL 03 2019 Clerk U.S. District Court Greensboro, NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR335-1 |
| | : | |
| ANTONIA LIZABETH BARRERA PINEDA | : | |

The United States Attorney charges:

On or about September 30, 2014, in the County of Lee, in the Middle District of North Carolina, ANTONIA LIZABETH BARRERA PINEDA knowingly possessed an identification document, namely a social security card bearing the social security account number XXX-XX-6790, which appeared to be an identification document of the United States, which was stolen and produced without lawful authority, knowing that such document was stolen and produced without lawful authority; in violation of Title 18, United States Code, Section 1028(a)(6).

DATED: July 2, 2019

BY: MATTHEW G.T. MARTIN
United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney